UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
SIMEK, CHRISTINE M § Case No. 13-27914
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/03/2014 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Jeffrey P. Allsteadt_____
                                     CLERK OF U.S. BANKRUPTCY
                                     COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SIMEK, CHRISTINE M § Case No. 13-27914
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 23,846.55 |
| and approved disbursements of | $ | 253.33 |
| leaving a balance on hand of[1] | $ | 23,593.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,375.39 | $ 0.00 | $ 2,375.39 |
| Charges: Clerk, United States Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: International Sureties Ltd | $ 22.10 | $ 22.10 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,635.39 |
| Remaining Balance | $ | 20,957.83 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,339.89 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Quantum3 Group LLC as agent for | $ 534.23 | $ 0.00 | $ 534.23 |
| 00002 | Quantum3 Group LLC as agent for | $ 935.33 | $ 0.00 | $ 935.33 |
| 00003 | Truemper, Titiner & Brouch Ltd | $ 4,413.25 | $ 0.00 | $ 4,413.25 |
| 00004 | Capital One Bank (USA), N.A. | $ 812.43 | $ 0.00 | $ 812.43 |
| 00005 | Joseph P. Storto, P.C. | $ 6,205.65 | $ 0.00 | $ 6,205.65 |
| 000006 | Citibank, N.A. | $ 439.00 | $ 0.00 | $ 439.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,339.89 |
| | Remaining Balance | | $ | 7,617.94 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 25.32 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 7,592.62 .

Prepared By: /s/_____

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 13-27914-DRC
Christine M Simek                                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt              Page 1 of 2              Date Rcvd: Sep 08, 2014
                              Form ID: pdf006            Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2014.
```
db            +Christine M Simek,   461 Sunnybrook Lane,    Wheaton, IL 60187-4679
20714036      +Aes/Suntrust Bank,   Po Box 2461,   Harrisburg, PA 17105-2461
20714039      +Atg Credit Llc,   1043 W. Grandville,    Chicago, IL 60660-2152
20714041     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
20714044      +CBE Group,   1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
20714040      +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20714042      +Cap One Na,   Po Box 26625,   Richmond, VA 23261-6625
21485348       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
20714043      +Capital One, N.A.,   Po Box 30273,    Salt Lake City, UT 84130-0273
20714045      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20714046      +Chase-Bp,   Po Box 15298,   Wilmington, DE 19850-5298
20714047      +Chase-Pier,   Po Box 15298,   Wilmington, DE 19850-5298
20714048      +Christopher and MaryKay Hall,    c/o Papa Charlies,   1800 S Kostner,    Chicago, IL 60623-2339
20714049      +Columbia College,   600 S Michigan Ave,    Chicago, IL 60605-1996
20714050       Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
20714051      +Comenity Bank/Express,   Po Box 182789,    Columbus, OH 43218-2789
20714052      +Comenity Bank/Maurices,   Po Box 182789,    Columbus, OH 43218-2789
20714053      +Comenity Bank/Vctrssec,   Po Box 182789,    Columbus, OH 43218-2789
20714054      +Dr.Barton Bruntjen DDS,    400 S. County Farm Road,   Wheaton, IL 60187-4547
20714055      +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
20714056      +Ford Cred,   Po Box Box 542000,   Omaha, NE 68154-8000
20714061      +HSBC Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
20714062      +HSBC/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
20714059      +Hawk Limited, LLC,   PO Box 88,    Bloomingdale, IL 60108-0088
20714060      +Healthcare Recovery So,   1515 W 190th Street S-35,    Gardena, CA 90248-4319
20714063      +Il Designated,   1755 Lake Cook Rd,    Deerfield, IL 60015-5215
20714064      +Isac,   Po Box 6180,   Indianapolis, IN 46206-6180
21638501      +Joseph P. Storto, P.C.,   100 W. Green Street,    Bensenville, IL 60106-2476
20714065      +Kevin R. Simek, Jr.,   461 Sunnybrook Lane,    Wheaton, IL 60187-4679
20714067     #+Kevin Simek Sn,   962 S. Huntington Dr,    Elk Grove Village, IL 60007-7232
20714066     #+Kevin Simek Sn,   962 South Huntington Dr,    Elk Grove Village, IL 60007-7232
20714068      +Kevin Simek, Jr.,   461 Sunnybrook Lane,    Wheaton, IL 60187-4679
20714069      +Lasalle National N A,   3985 N Milwaukee Ave,    Chicago, IL 60641-2704
20714072      +MBB,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
20714070       Mastercard HSBC Card Services,    PO BOX 71104,   Charlotte, NC 28272-1104
20714071      +Maureen and Dennis Slott,    465 Duck Pond Lane,   Barrington, IL 60010-2210
20714073      +Merchants Cr,   223 W Jackson St Suite 900,    Chicago, IL 60606-6912
20714074      +Merchants Credit,   223 W. Jackson,    Chicago, IL 60606-6914
20714075      +Merchants Credit Guide,   223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6914
20714081      +NTB/CBNA,   Po Box 6497,   Sioux Falls, SD 57117-6497
20714080      +Northwest Communtiy Hospital,    800 W Central Rd.,   Arlington Heights,, IL 60005-2392
20714082      +Pape & Associates,   618 S West Street,    Wheaton, IL 60187-5038
20714085      +Storto,Finn & Rosinski,   100 West Green Street,    Bensenville, IL 60106-2476
20714086      +Thd/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
20714087      +Truemper & Titiner Ltd,   1700 N. Farnsworth Ave.,    Aurora, IL 60505-1523
21450025      +Truemper, Titiner & Brouch Ltd,    c/o Steven D. Titiner,   1700 N. Farnsworth Ave,
                Aurora, IL 60505-1523
20714088      +William Stogsdill, attorney,    1776 S Naperville Rd, #202,    Wheaton, IL 60189-5870

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20714037      +E-mail/PDF: recoverybankruptcy@afninet.com Sep 09 2014 01:05:57    Afni, Inc.,   Po Box 3097,
                Bloomington, IL 61702-3097
20714038      +E-mail/Text: ally@ebn.phinsolutions.com Sep 09 2014 00:58:50    Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
21767936       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2014 01:05:16    Citibank, N.A.,
                c/o American InfoSource LP,   PO Box 248840,    Oklahoma City, OK 73124-8840
20714057      +E-mail/Text: ally@ebn.phinsolutions.com Sep 09 2014 00:58:50    G M A C,   15303 S 94th Ave,
                Orland Park, IL 60462-3825
20714058      +E-mail/Text: bk@gafco.net Sep 09 2014 00:59:44    Great American Finance,
                20 N Wacker Dr Ste 2275,   Chicago, IL 60606-1294
20714076      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2014 00:59:42    Midland Funding,
                8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
20714078      +E-mail/Text: rmartynek@nscu.org Sep 09 2014 01:00:35    Northstar Credit Union,
                3s555 Winfield Rd,   Warrenville, IL 60555-3148
20714079      +E-mail/Text: clientservices@northwestcollectors.com Sep 09 2014 00:59:13
                Northwest Collectors,   3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
21414314       E-mail/Text: bnc-quantum@quantum3group.com Sep 09 2014 00:59:26
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
20714084       E-mail/PDF: cbp@slfs.com Sep 09 2014 01:04:34    Springleaf Financial S,
                1261 N Lake St Ste G,   Aurora, IL 60506
20714083       E-mail/PDF: cbp@slfs.com Sep 09 2014 01:07:07    Springleaf Financial S,   381 N Gary Ave,
                Carol Stream, IL 60188
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 2                   Date Rcvd: Sep 08, 2014
                               Form ID: pdf006            Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                        TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20714077       ##+Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2014 at the address(es) listed below:
```
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Lawrence E Finn    on behalf of Creditor    Joseph P. Storto, P.C. d/b/a Storto, Finn & Rosinski
               sflaw1@aim.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Teresa L. Einarson    on behalf of Debtor Christine M Simek teresaleinarson@outlook.com,
               terryeinarson@yahoo.com
                                                                                              TOTAL: 5
```