UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
SIMEK, CHRISTINE M                        §    Case No. 13-27914
                                          §
          Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHRISTINE M SIMEK |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, UNITED STATES BANKRUPTCY COU | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/Suntrust Bank<br>Po Box 2461<br>Harrisburg, PA 17105 | | | | | |
| | Afni, Inc.<br>Collection Attorney Sprint<br>Po Box 3097<br>Bloomington, IL 61702 | | | | | |
| | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243 | | | | | |
| | Atg Credit Llc<br>1043 W. Grandville<br>Chicago, IL 60660 | | | | | |
| | CBE Group - Comed<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613 | | | | | |
| | Cap One Credit Card<br>Po Box 85520<br>Richmond, VA 23285 | | | | | |
| | Cap One Credit Card<br>Po Box 85520<br>Richmond, VA 23285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Na Note Loan Po Box 26625 Richmond, VA 23261 | | | | | |
| | Capital One, N.A. Po Box 30273 Salt Lake City, UT 84130 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-Bp Credit Card Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-Bp Credit Card Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-Pier Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Christopher and MaryKay Hall c/o Papa Charlies 1800 S Kostner Chicago, IL 60623 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Columbia College<br>600 S Michigan Ave<br>Chicago, IL 60505 | | | | | |
| | Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | | | | | |
| | Comenity Bank/Express<br>Po Box 182789<br>Columbus, OH 43218 | | | | | |
| | Dr.Barton Bruntjen DDS<br>400 S. County Farm Road<br>Wheaton, IL 60187 | | | | | |
| | Edfl Svcs/Idapp<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922 | | | | | |
| | Ford Cred<br>Po Box Box 542000<br>Omaha, NE 68154 | | | | | |
| | G M A C<br>15303 S 94th Ave<br>Orland Park, IL 60462 | | | | | |
| | Great American Finance<br>20 N Wacker Dr Ste 2275<br>Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank Credit Card<br>Po Box 5253<br>Carol Stream, IL 60197 | | | | | |
| | HSBC/Carsn Charge Account<br>Po Box 15521<br>Wilmington, DE 19805 | | | | | |
| | Healthcare Recovery So<br>Central Dupage Hospi<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | | | | |
| | Healthcare Recovery So<br>Central Dupage Hospi<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | | | | |
| | Healthcare Recovery So<br>Central Dupage Hospi<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | | | | |
| | Healthcare Recovery So<br>Central Dupage Hospi<br>1515 W 190th Street S-35<br>Gardena, CA 90248 | | | | | |
| | Il Designated<br>1755 Lake Cook Rd<br>Deerfield, IL 60015 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Isac<br>Po Box 6180<br>Indianapolis, IN 46206 | | | | | |
| | Kevin Simek Sn<br>962 South Huntington Dr<br>Elk Grove Village, IL 60007 | | | | | |
| | Kevin Simek, Jr.<br>461 Sunnybrook Lane<br>Wheaton, IL 60187 | | | | | |
| | Lasalle National N A<br>3985 N Milwaukee Ave<br>Chicago, IL 60641 | | | | | |
| | MBB Collection Attorney<br>Elmhurst Emerg Med S<br>1460 Renaissance Dr<br>Park Ridge, IL 60068 | | | | | |
| | MBB Collection Attorney<br>Elmhurst Emerg Med S<br>1460 Renaissance Dr<br>Park Ridge, IL 60068 | | | | | |
| | MBB Collection Attorney<br>Elmhurst Emerg Med S<br>1460 Renaissance Dr<br>Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mastercard HSBC Card Services<br>PO BOX 71104<br>Charlotte, NC 28272-1104 | | | | | |
| | Maureen and Dennis Slott<br>465 Duck Pond Lane<br>Barrington, IL 60010 | | | | | |
| | Merchants Cr<br>Collection Med1 02 Dupage Medic<br>223 W Jackson St Suite 900<br>Chicago, IL 60606 | | | | | |
| | Merchants Credit<br>223 W. Jackson<br>Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide<br>Central Dupage Hospi<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide<br>Central Dupage Hospi<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide<br>Central Dupage Hospi<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide<br>Central Dupage Hospi<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide<br>Central Dupage Hospi<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide<br>Central Dupage Hospi<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide<br>Central Dupage Hospi<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide<br>Central Dupage Hospi<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide<br>Central Dupage Hospi<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 | | | | | |
| | Midland Funding T-Mobile<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | | | | |
| | Nationwide Credit & Co<br>Dupage Medical Group<br>815 Commerce Dr Ste 100<br>Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co<br>Dupage Medical Group<br>815 Commerce Dr Ste 100<br>Oak Brook, IL 60523 | | | | | |
| | Northstar Credit Union<br>3s555 Winfield Rd<br>Warrenville, IL 60555 | | | | | |
| | Northwest Collectors<br>Elmhurst Radiologist<br>3601 Algonquin Rd Ste 23<br>Rolling Meadows, IL 60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Communtiy Hospital<br>800 W Central Rd.<br>Arlington Heights,, IL 60005 | | | | | |
| | Pape & Associates<br>618 S West Street<br>Wheaton, IL 60187 | | | | | |
| | Springleaf Financial S<br>1261 N Lake St Ste G<br>Aurora, IL 60506 | | | | | |
| | Springleaf Financial S<br>381 N Gary Ave<br>Carol Stream, IL 60188 | | | | | |
| | Springleaf Financial S<br>381 N Gary Ave<br>Carol Stream, IL 60188 | | | | | |
| | Thd/Cbna Charge Account<br>Po Box 6497<br>Sioux Falls, SD 57117 | | | | | |
| | William Stogsdill, attorney<br>1776 S Naperville Rd, #202<br>Wheaton, IL 60189 | | | | | |
| 00004 | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CITIBANK, N.A. | | | | | |
| 00005 | JOSEPH P. STORTO, P.C. | | | | | |
| 00001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 00002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 00003 | TRUEMPER, TITINER & BROUCH LTD | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CITIBANK, N.A. | | | | | |
| | JOSEPH P. STORTO, P.C. | | | | | |
| | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| | TRUEMPER, TITINER & BROUCH LTD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 13-27914 | CAS | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SIMEK, CHRISTINE M | | | | Date Filed (f) or Converted (c): | 07/11/13 (f) |
| | | | | | 341(a) Meeting Date: | 08/02/13 |
| For Period Ending: | 12/05/14 | | | | Claims Bar Date: | 04/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Interest in father's estate (u)  Debtor turned over proceeds of inheritance to Trustee in December 2013; Trustee reopened case to administer asset | 0.00 | 23,846.55 | | 23,846.55 | FA |
| 2. CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 3. Checking account-JP Morgan | 19.00 | 0.00 | | 0.00 | FA |
| 4. Checking account-American Chartered | 20.00 | 0.00 | | 0.00 | FA |
| 5. Savings account | 25.00 | 0.00 | | 0.00 | FA |
| 6. Household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel | 750.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9. Traditional IRA | 7,095.58 | 0.00 | | 0.00 | FA |
| 10. 401(k) | 2,863.82 | 0.00 | | 0.00 | FA |
| 11. 2006 Jeep Liberty  140,000 miles | 5,347.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $17,130.40 | $23,846.55 | | $23,846.55 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reviewed Debtor's schedules and examined the Debtor at a section 341 meeting of creditors. Trustee filed a
report of no assets and the case was closed in October 2013. Thereafter, Debtor turned over to Trustee the proceeds of
an inheritance she received from her father's estate. The inheritance was not scheduled. Trustee moved to reopen the
case which motion was granted on December 20, 2013 and the Trustee was re-appointed on December 26, 2013. Claims bar

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-27914    CAS    Judge: DONALD R. CASSLING | Trustee Name:    BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | SIMEK, CHRISTINE M | Date Filed (f) or Converted (c):    07/11/13 (f) |
| | | 341(a) Meeting Date:    08/02/13 |
| | | Claims Bar Date:    04/11/14 |

date expired 4/11/14.

TFR filed 9/4/14; final hearing 10/3/14.

Initial Projected Date of Final Report (TFR): 02/28/14      Current Projected Date of Final Report (TFR): 02/28/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-27914 -CAS |
| Case Name: | SIMEK, CHRISTINE M |
| Taxpayer ID No: | *******5733 |
| For Period Ending: | 12/05/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1707 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/08/14 | 1 | William Mueller estate | Inheritance | 1229-000 | 23,287.67 | | 23,287.67 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.80 | 23,260.87 |
| 02/15/14 | 010001 | International Sureties Ltd<br>701 Polydras St. #420<br>New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | 22.10 | 23,238.77 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.23 | 23,207.54 |
| 03/26/14 | 1 | Estate of William Mueller | Inheritance | 1229-000 | 558.88 | | 23,766.42 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.66 | 23,731.76 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.14 | 23,697.62 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.23 | 23,662.39 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.04 | 23,628.35 |
| 08/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 35.13 | 23,593.22 |
| 10/07/14 | 010002 | Brenda Porter Helms, Trustee | Trustee Compensation | 2100-000 | | 2,375.39 | 21,217.83 |
| 10/07/14 | 010003 | Clerk, United States Bankruptcy Court | Clerk of the Courts Costs (includes | 2700-000 | | 260.00 | 20,957.83 |
| 10/07/14 | 010004 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000006, Payment 100.18907% | | | 439.83 | 20,518.00 |
| | | | Claim         439.00 | 7100-000 | | | |
| | | | Interest         0.83 | 7990-000 | | | |
| 10/07/14 | 010005 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 00001, Payment 100.18906% | | | 535.24 | 19,982.76 |
| | | | Claim         534.23 | 7100-000 | | | |
| | | | Interest         1.01 | 7990-000 | | | |
| 10/07/14 | 010006 | Quantum3 Group LLC as agent for<br>Comenity Bank | Claim 00002, Payment 100.19031% | | | 937.11 | 19,045.65 |

Page Subtotals          23,846.55          4,800.90

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-27914 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | SIMEK, CHRISTINE M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1707 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5733 | | |
| For Period Ending: | 12/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 788 Kirkland, WA 98083-0788 | Claim 935.33 | 7100-000 | | | |
| | | | Interest 1.78 | 7990-000 | | | |
| 10/07/14 | 010007 | Truemper, Titiner & Brouch Ltd c/o Steven D. Titiner 1700 N. Farnsworth Ave Aurora, IL 60505 | Claim 00003, Payment 100.18988% | | | 4,421.63 | 14,624.02 |
| | | | Claim 4,413.25 | 7100-000 | | | |
| | | | Interest 8.38 | 7990-000 | | | |
| 10/07/14 | 010008 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Claim 00004, Payment 100.18955% | | | 813.97 | 13,810.05 |
| | | | Claim 812.43 | 7100-000 | | | |
| | | | Interest 1.54 | 7990-000 | | | |
| 10/07/14 | 010009 | Joseph P. Storto, P.C. 100 W. Green Street Bensenville, IL 60106 | Claim 00005, Payment 100.18983% | | | 6,217.43 | 7,592.62 |
| | | | Claim 6,205.65 | 7100-000 | | | |
| | | | Interest 11.78 | 7990-000 | | | |
| 10/07/14 | 010010 | CHRISTINE M SIMEK 461 SUNNYBROOK LANE WHEATON, IL 60187 | Surplus Funds | 8200-002 | | 7,592.62 | 0.00 |

Page Subtotals 0.00 19,045.65

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-27914 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | SIMEK, CHRISTINE M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1707 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5733 | | |
| For Period Ending: | 12/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 23,846.55 | 23,846.55 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 23,846.55 | 23,846.55 | |
| | | | Less: Payments to Debtors | | | 7,592.62 | |
| | | | Net | | 23,846.55 | 16,253.93 | |

|  |  |  |
|---|---|---|
| NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |

TOTAL - ALL ACCOUNTS

Checking Account (Non-Interest Earn - *******1707)      23,846.55      16,253.93      0.00

                                                        23,846.55      16,253.93      0.00

(Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand

/s/  BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 12/05/14

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals      0.00      0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*